William H. McWhirter. Respondent, v. Abner T. Bowen and Others, Appellants, Impleaded with Alwin Eisert, Respondent, and Dime Savings

Bank of Brooklyn.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.